David N. Kuhn (State Bar No. 73389)
dnkuhn@pacbell.net
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: 510-653-4983

Attorney for Plaintiff Gregory Bender

Andrew J. Gray IV (State Bar No. 202137)
agray@morganlewis.com
MORGAN LEWIS LLP
2 Palo Alto Square, Suite 700
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-843-4000
Facsimile: 650-843-4001

Attorneys for Defendant NEC Corporation of America.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Gregory Bender,

Plaintiff,

vs.

LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION

Defendants.

Case No. C09-02114 JF

**JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Through this Joint Stipulation, Plaintiff Gregory Bender. ("Plaintiff") and Defendant NEC Corporation of America ("NECAM") stipulate and agree to extend the time by which NECAM has to answer, plead, or otherwise respond to Plaintiff's Complaint until and including November 2, 2009.

**JOINT STIPULATION**

Whereas, Plaintiff's Complaint was filed on May 14, 2009;

Whereas, NECAM's response to the Complaint is currently due on October 2, 2009;

Whereas, Plaintiff and NECAM have agreed to an extension of the October 2, 2009

DB2/21346667.1

JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; CASE NO. C 09-02114 JF

deadline until and including November 2, 2009;

Whereas, no trial date has been scheduled in this case;

Accordingly, pursuant to Local Rule 6, Plaintiff and NECAM, by and through their counsel of record, hereby stipulate to, and request the Court's approval of, an extension of time to November 2, 2009 for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: September 30, 2009

By: /s/ David N. Kuhn
David N. Kuhn

Attorney for Plaintiff Gregory Bender

MORGAN LEWIS LLP

By: /s/ Andrew J. Gray IV
Andrew J. Gray IV

Dated: September 30, 2009

Attorneys for Defendant NEC CORPORATION OF AMERICA

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Gray IV, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of September, 2009, at Palo Alto, California.

/s/ Andrew J. Gray IV
Andrew J. Gray IV

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21346667.1

JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; CASE NO. C 09-02114 JF

David N. Kuhn (State Bar No. 73389)
dnkuhn@pacbell.net
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: 510-653-4983

Attorney for Plaintiff Gregory Bender

Andrew J. Gray IV (State Bar No. 202137)
agray@morganlewis.com
MORGAN LEWIS LLP
2 Palo Alto Square, Suite 700
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-843-4000
Facsimile: 650-843-4001

Attorneys for Defendant NEC Corporation of America.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Gregory Bender,

Plaintiff,

vs.

LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION

Defendants.

Case No. C09-02114 JF

**~~[PROPOSED]~~ ORDER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Stipulation, Defendant NEC Corporation of America is hereby granted an extension of time to answer, plead, or otherwise respond to Plaintiff's Complaint until and including November 2, 2009.

IT IS SO ORDERED.

Dated: 10/1/09

UNITED STATES DISTRICT JUDGE