| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
|   | scott.mosko@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
|   |    GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park |
|   | 3300 Hillview Avenue |
| 4 | Palo Alto, California  94304 |
|   | Telephone:    (650) 849-6600 |
| 5 | Facsimile:    (650) 849-6666 |
| 6 | Vincent P. Kovalick (Of Counsel) |
|   | vince.kovalick@finnegan.com |
| 7 | FINNEGAN, HENDERSON, FARABOW, |
|   |    GARRETT & DUNNER, L.L.P. |
| 8 | 901 New York Avenue, N.W. |
|   | Washington, D.C.  20001 |
| 9 | Telephone:    (202) 408-4000 |
|   | Facsimile:    (202) 408-4400 |
| 10 | |
| 11 | Attorneys for Defendant |
|    | LG ELECTRONICS U.S.A., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY BENDER, | Case No. 5:09-cv-02114-JF |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR LG ELECTRONICS U.S.A., INC. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| LG ELECTRONICS U.S.A., INC., NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA), INC., and SHARP ELECTRONICS CORPORATION, | |
| Defendants. | |

Defendant LG Electronics U.S.A., Inc. ("LGE") and Plaintiff Gregory Bender, through their respective counsel, hereby stipulate that LGE's deadline to file an Answer to the Complaint shall be extended to twenty (20) days before the date upon which the Court moves the Case Management Conference. In the event Plaintiff files a First Amended Complaint, LGE shall answer the First Amended Complaint within ten (10) days after it is served.

Scott R. Mosko has received authorization from David N. Kuhn to affix his electronic signature on this stipulation.

Dated: October 9, 2009

| ATTORNEY FOR PLAINTIFF GREGORY BENDER: | ATTORNEY FOR DEFENDANT LG ELECTRONICS U.S.A., INC.: |
|---|---|
| _____ /s/ David N. Kuhn _____<br>David N. Kuhn (State Bar No. 73389)<br>dnkuhn@pacbell.net<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, California  94611<br>Telephone:  (510) 653-4982 | _____ /s/ Scott R. Mosko _____<br>Scott R. Mosko (State Bar No. 106070)<br>scott.mosko@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:  (650) 849-6672<br>Facsimile:  (650) 849-6666 |

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  10/13/09

_____
Jeremy Fogel
United States District Judge