David N. Kuhn (State Bar No. 73389)
dnkuhn@pacbell.net
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:   510-653-4983

Attorney for Plaintiff Gregory Bender

Andrew J. Gray IV (State Bar No. 202137)
agray@morganlewis.com
MORGAN LEWIS LLP
2 Palo Alto Square, Suite 700
3000 El Camino Real
Palo Alto, CA 94306
Telephone:   650-843-4000
Facsimile:    650-843-4001

Attorneys for Defendant NEC Corporation of America.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>             Plaintiff,<br><br>      vs.<br><br>LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION<br><br>             Defendants. | Case No. C09-02114 JF<br><br>**SECOND JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Through this Joint Stipulation, Plaintiff Gregory Bender ("Plaintiff") and Defendant NEC Corporation of America ("NECAM") stipulate and agree to extend the time by which NECAM has to Answer, plead, or otherwise respond to Plaintiff's Complaint.

**JOINT STIPULATION**

Whereas, Plaintiff's Complaint was filed on May 14, 2009;

Whereas, NECAM's response to the Complaint was initially due on October 2, 2009;

Whereas, Plaintiff and NECAM previously agreed to extend that October 2, 2009 deadline to November 2, 2009;

DB2/21402216.1

JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; CASE NO. C 09-02114 JF

Whereas, the Initial Case Management Conference is currently scheduled for January 29, 2010;

Whereas, Plaintiff and NECAM have agreed to an extension of the November 2, 2009 deadline to 20 days before the date of the Initial Case Management Conference;

Whereas, no trial date has been scheduled in this case;

Accordingly, pursuant to Local Rule 6, Plaintiff and NECAM, by and through their counsel of record, hereby stipulate to, and request the Court's approval of, an extension of time to 20 days before the Initial Case Management Conference for Defendant to Answer, plead, or otherwise respond to Plaintiff's Complaint. In the event that Plaintiff files a First Amended Complaint, NECAM shall Answer, plead, or otherwise respond to the First Amended Complaint on the later of either 20 days before the Initial Case Management Conference or ten days after the First Amended Complaint is served.

IT IS SO STIPULATED.

Dated: October 29, 2009

By: /s/ David N. Kuhn
    David N. Kuhn

Attorney for Plaintiff Gregory Bender

MORGAN LEWIS LLP

By: /s/ Andrew J. Gray IV
    Andrew J. Gray IV

Dated: October 29, 2009

Attorneys for Defendant NEC
CORPORATION OF AMERICA

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Gray IV, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of October, 2009, at Palo Alto, California.

/s/ Andrew J. Gray IV
Andrew J. Gray IV

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21402216.1

JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; CASE NO. C 09-02114 JF

| | |
|---|---|
| David N. Kuhn (State Bar No. 73389) <br> dnkuhn@pacbell.net <br> Attorney-at-Law <br> 144 Hagar Avenue <br> Piedmont, CA 94611 <br> Telephone: 510-653-4983 <br><br> Attorney for Plaintiff Gregory Bender | Andrew J. Gray IV (State Bar No. 202137) <br> agray@morganlewis.com <br> MORGAN LEWIS LLP <br> 2 Palo Alto Square, Suite 700 <br> 3000 El Camino Real <br> Palo Alto, CA 94306 <br> Telephone: 650-843-4000 <br> Facsimile: 650-843-4001 <br><br> Attorneys for Defendant NEC Corporation of America. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender, <br><br> Plaintiff, <br><br> vs. <br><br> LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION <br><br> Defendants. | Case No. C09-02114 JF <br><br> [~~PROPOSED~~] **ORDER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to the parties' Stipulation, Defendant NEC Corporation of America ("NECAM") is hereby granted an extension of time to answer, plead, or otherwise respond to Plaintiff's Complaint until 20 days prior to the Initial Case Management Conference. In the event that Plaintiff files a First Amended Complaint, NECAM shall Answer, plead, or otherwise respond to the First Amended Complaint on the later of either 20 days before the Initial Case Management Conference or ten days after the First Amended Complaint is served.

IT IS SO ORDERED.

Dated: 11/4/09

_____
UNITED STATES DISTRICT JUDGE

DB2/21402216.1

[PROP.] ORDER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; CASE NO. C 09-02114 JF