```
 1  Greg L. Lippetz (State Bar No. 154228)
    glippetz@jonesday.com
 2  Cora L. Schmid (State Bar No. 237267)
    cschmid@jonesday.com
 3  JONES DAY
    1755 Embarcadero Road
 4  Palo Alto, CA  94303
    Telephone:    650-739-3939
 5  Facsimile:    650-739-3900

 6  Attorneys for Defendant Sharp
    Electronics Corporation
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LG Electronics U.S.A., Inc.,<br>NEC Corporation of America,<br>Pioneer Electronics (USA) Inc., and<br>Sharp Electronics Corporation,<br><br>　　　　　　Defendants. | Case No. C 09-02114 JF<br><br>**DECLARATION OF CORA L. SCHMID IN SUPPORT OF DEFENDANT SHARP ELECTRONICS CORPORATION'S REPLY RE RULE 12(B)(6) MOTION TO DISMISS**<br><br>Date:　　December 4, 2009<br>Time:　　9:00 a.m.<br>Place:　　Ctrm. 3, 5th Floor<br>Judge:　　Hon. Jeremy Fogel |

I, Cora L. Schmid, duly declare and say:

　　1.　　I am an attorney with the law firm of Jones Day, counsel of record for Defendant Sharp Electronics Corporation. I make this declaration on my personal knowledge, the record in this action, and matters of public record, and if called as a witness, could and would competently testify as to the matters set forth below.

　　2.　　Attached as Exhibit A is a true and correct copy of an Internet profile of Kinetic Technologies with Linkedin at http://www.linkedin.com/companies/kinetic-technologies as it existed on September 11, 2009.

3. Attached as Exhibit B is a true and correct copy of Gregory Bender's Second Amended Complaint in Northern District of California Case No. 3:09-cv-01147-MHP, *Bender v. Broadcom*, that was filed as D.I. 19-1 in that action.

4. Attached as Exhibit C is a true and correct copy of excerpts from a transcript of an October 19, 2009 hearing in Northern District of California Case No. 3:09-cv-01147-MHP, *Bender v. Broadcom*.

5. Attached as Exhibit D is a true and correct copy of excerpts from a transcript of a deposition of Gregory Bender, dated October 29, 2007, that was filed as Exhibit 5 to D.I. 62 in Eastern District of Texas Case No. 2:06-cv-00192, *Bender v. Analog Devices*.

6. Attached as Exhibit E is a true and correct copy of *Rambus Inc. v. NVIDIA Corp.*, No. C08-3343 SI, 2008 WL 4911165 (N.D. Cal. Nov. 13, 2008).

7. Attached as Exhibit F is a true and correct copy of *Advanced Analogic Tech., Inc. v. Kinetic Tech., Inc.*, No. C-09-1360 MMC, 2009 U.S. Dist. LEXIS 57953 (N.D. Cal. July 8, 2009).

8. Attached as Exhibit G is a true and correct copy of *Bender v. Broadcom*, Case No. 09-1147 MPH, 2009 U.S. Dist. LEXIS 101044 (N.D. Cal. Oct. 30, 2009).

9. Attached as Exhibit H is a true and correct copy of *Network Caching Tech., LLC v. Novell, Inc.*, No. C-01-2079-VRW, 2002 U.S. Dist. LEXIS 26098 (N.D. Cal. Aug. 13, 2002).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 20, 2009, in Palo Alto, California.

By: *(signature)*
Cora L. Schmid
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

SVI-74761v1

-2-

SCHMID DECL. IN SUPPORT OF
SHARP'S REPLY RE MOTION TO DISMISS
CASE NO. C 09-02114 JF