| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
|   | scott.mosko@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
|   |   GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research park |
|   | 3300 Hillview Avenue |
| 4 | Palo Alto, California  94304 |
|   | Telephone:  (650) 849-6600 |
| 5 | Facsimile:   (650) 849-6666 |
| 6 | Vincent P. Kovalick (Admitted Pro Hac Vice) |
|   | vince.kovalick@finnegan.com |
| 7 | FINNEGAN, HENDERSON, FARABOW, |
|   |   GARRETT & DUNNER, L.L.P. |
| 8 | 901 New York Avenue, N.W. |
|   | Washington, D.C.  20001 |
| 9 | Telephone:  (202) 408-4000 |
|   | Facsimile:   (202) 408-4400 |
| 10 | |
| 11 | Attorneys for Defendant |
|    | LG ELECTRONICS U.S.A., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY BENDER, | Case No. 5:09-cv-02114-JF |
| Plaintiff, | **DEFENDANT LG ELECTRONICS U.S.A., INC.'S NOTICE OF JOINDER AND JOINDER TO NEC CORPORATION OF AMERICA AND SHARP ELECTRONICS CORPORATIONS' SEPARATE RULE 12(b)(6) MOTIONS TO DISMISS GREGORY BENDER'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM OR FOR A MORE DEFINITIVE STATEMENT** |
| v. | |
| LG ELECTRONICS U.S.A., INC., NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA), INC., and SHARP ELECTRONICS CORPORATION, | |
| Defendants. | |
| | Date:   February 26, 2010 |
| | Time:   9:00 a.m. |
| | Place:  Courtroom 3, Fifth Floor |
| | Judge:  Honorable Jeremy Fogel |

1    Defendant LG Electronics U.S.A., Inc. ("LGE"), hereby joins the arguments provided in
2 co-defendant Sharp Electronics Corporation's Motion to Dismiss (Dkt. 46) and in co-defendant
3 NEC Corporation of America's Motion to Dismiss (Dkt. 49).
4    Bender's allegations against LGE are equally as vague as those asserted against Sharp
5 and NEC.  In his amended complaint Bender vaguely references a circuit he calls either a "current
6 feedback amplifier," a "high-gain current feedback amplifier," or a "voltage feedback amplifier."
7 (Dkt. 40 at 11).  Bender, *on information and* belief, then surmises that this circuit may be located in

> cell phones, computer equipment, network drivers, high definition
> television sets, ultrasound machines, MRI machines, lab equipment,
> arbitrary waveform generators, audio amplifiers, video amplifiers, hard
> disc drivers, ADC/DAC converters, DVD-RW players, DSL modems,
> CCD cameras, [and] satellite communication technology . . . .

(*Id.*)  Again, based on *information and belief*, Bender surmises that this vaguely defined circuit may be found in

> LG Electronics Mobile phones, Plasma TVs, Liquid Crystal Display
> TVs, Micro Display Panel TVs, Monitors, PDP Modules, OLED
> Panels, Flat Panel Computer Monitors, Home Theater Systems, Blu-
> ray Disc Players, DVD Recorders, Super Multi DVD Rewriters, CD
> RW, Notebook PCs, Desktop PCs, PDAs, PDA Phones, MP3 Players,
> New Karaoke Systems and Car Infotainment.

(*Id.*)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -　　LGE JOINDER TO MOTIONS TO DISMISS
　　　　　Case No. 5:09-cv-02114-JF

For each of the reasons asserted in NEC and Sharps' motions, these allegations fail to meet the standards as required by Rule 12(b)(6). The amended complaint against LGE should be dismissed. In the alternative, pursuant to Rule 12(e), Bender should be ordered to provide a more definitive statement of claims against LGE.

January 12, 2010

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.


By:_____ /s/ Scott R. Mosko _____
              Scott R. Mosko

Attorneys for Defendant
LG ELECTRONICS U.S.A., INC.