Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Cora L. Schmid (State Bar No. 237267)
cschmid@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     650-739-3939
Facsimile:     650-739-3900

Attorneys for Defendant Sharp Electronics Corporation

.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LG Electronics U.S.A., Inc.,<br>NEC Corporation of America,<br>Pioneer Electronics (USA) Inc., and<br>Sharp Electronics Corporation,<br><br>　　　　　Defendants. | Case No. C09-02114 JF<br><br>**REQUEST AND [PROPOSED ORDER] TO EXCUSE LEAD TRIAL COUNSEL FROM ATTENDING THE INITIAL CASE MANAGEMENT CONFERENCE, OR, IN THE ALTERNATIVE, TO PARTICIPATE BY TELEPHONE**<br><br>**DATE:**　　February 26, 2010<br>**TIME:**　　9:00 a.m.<br>**PLACE:**　　Ctrm 3, 5th Floor<br>**JUDGE:**　　Hon. Jeremy Fogel |

　　　　Pursuant to Civ. L.R. 16-10(a), defendant Sharp Electronics Corporation ("Sharp") hereby respectfully requests that its lead trial counsel, Greg L. Lippetz of Jones Day, be excused from attending the Initial Case Management Conference scheduled for 9:00 a.m. on February 26, 2010. Mr. Lippetz appeared for the initially scheduled case management conference on January 29, 2010, but has a prior commitment outside of the state on the continued date of February 26, 2010. Sharp's counsel Cora L. Schmid of Jones Day will appear at the Initial Case Management Conference and will have authority to address all case management issues.

1  In the alternative, Sharp requests that Mr. Lippetz be allowed to appear telephonically at the Initial Case Management Conference.  Sharp's counsel Cora L. Schmid of Jones Day will also appear in person.

Dated:  February 18, 2010

Respectfully submitted,

By:     /s/ Gregory Lippetz
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone:      650-739-3939
    Facsimile:       650-739-3900

Attorneys for Defendant Sharp Electronics Corporation

**[PROPOSED] ORDER**

Upon request being made by Sharp that its lead trial counsel, Greg. L. Lippetz, be excused from the Initial Case Management Conference scheduled for February 26, 2010, and good cause appearing:

IT IS ORDERED that Greg L. Lippetz, lead trial counsel for Sharp, is excused by this Court from attending the Initial Case Management Conference, scheduled for February 26, 2010.

Dated: 2/22/10

_____
HON. JEREMY FOGEL

**OR**

Upon request being made by Sharp for their counsel to appear at the Case Management Conference scheduled for February 26, 2010, by telephonic appearance and good cause appearing:

IT IS ORDERED that counsel Greg L. Lippetz for Sharp may appear telephonically at the Initial Case Management Conference, scheduled for February 26, 2010.

Counsel shall dial the following number to initiate the call _____.

OTHER ORDERS_____

Dated: _____

_____
HON. JEREMY FOGEL