David N. Kuhn (State Bar No. 73389)
dnkuhn@pacbell.net
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:   510-653-4983

Attorney for Plaintiff Gregory Bender

Andrew J. Gray IV (State Bar No. 202137)
agray@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square, Suite 700
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650.843.4000
Facsimile: 650.843.4001

Robert W. Busby (Admitted Pro Hac Vice)
rbusby@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

Attorneys for Defendant NEC CORPORATION OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                Plaintiff,<br><br>           vs.<br><br>LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION<br><br>                Defendants. | Case No. 3:09-CV-02114 RS<br><br>**JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

      Through this Joint Stipulation, Plaintiff Gregory Bender. ("Plaintiff") and Defendant NEC Corporation of America ("NECAM") stipulate and agree to extend the time by which NECAM has to answer, plead, or otherwise respond to Plaintiff's Second Amended Complaint until and including May 31, 2010.

DB2/21691489.1

JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; CASE NO. C 09-02114 RS

## JOINT STIPULATION

Whereas, Plaintiff's Second Amended Complaint was filed on April 12, 2010;

Whereas, NECAM's response to the Second Amended Complaint is currently due on April 29, 2010;

Whereas, Plaintiff and NECAM have agreed to an extension of the April 29, 2010 deadline until and including May 31, 2010;

Whereas, no trial date has been scheduled in this case;

Accordingly, pursuant to Local Rule 6, Plaintiff and NECAM, by and through their counsel of record, hereby stipulate to, and request the Court's approval of, an extension of time to May 31, 2010 for Defendant to answer, plead, or otherwise respond to Plaintiff's Second Amended Complaint.

IT IS SO STIPULATED.

Dated: April 28, 2010

By: /s/ David N. Kuhn
      David N. Kuhn

Attorney for Plaintiff Gregory Bender

MORGAN LEWIS LLP

By:   /s/ Andrew J. Gray IV
          Andrew J. Gray IV

Dated: April 28, 2010

Attorneys for Defendant NEC
CORPORATION OF AMERICA

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Gray IV, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of April, 2010, at Palo Alto, California.

/s/ Andrew J. Gray IV
Andrew J. Gray IV

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/21691489.1

2

JOINT STIPULATION EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; CASE NO. C 09-02114 RS

| | |
|---|---|
| David N. Kuhn (State Bar No. 73389)<br>dnkuhn@pacbell.net<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: 510-653-4983<br><br>Attorney for Plaintiff Gregory Bender | Andrew J. Gray IV (State Bar No. 202137)<br>agray@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square, Suite 700<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: 650.843.4000<br>Facsimile: 650.843.4001<br><br>Robert W. Busby (Admitted Pro Hac Vice)<br>rbusby@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: 202.739.3000<br>Facsimile: 202.739.3001<br><br>Attorneys for Defendant NEC CORPORATION OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>            Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION<br><br>    Defendants. | Case No. C09-02114 JF<br><br>**[PROPOSED] ORDER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, Defendant NEC Corporation of America is hereby granted an extension of time to answer, plead, or otherwise respond to Plaintiff's Second Amended Complaint until and including May 31, 2010.

IT IS SO ORDERED.

Dated: _____, 2010

_____
UNITED STATES DISTRICT JUDGE

DB2/21691489.1

[PROP.] ORDER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; CASE NO. C 09-02114 RS