*E-Filed 4/30/10*

| | |
|---|---|
| David N. Kuhn (State Bar No. 73389)<br>dnkuhn@pacbell.net<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:   510-653-4983<br><br>Attorney for Plaintiff Gregory Bender | Andrew J. Gray IV (State Bar No. 202137)<br>agray@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square, Suite 700<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: 650.843.4000<br>Facsimile: 650.843.4001<br><br>Robert W. Busby (Admitted Pro Hac Vice)<br>rbusby@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: 202.739.3000<br>Facsimile: 202.739.3001<br><br>Attorneys for Defendant NEC CORPORATION OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                 Plaintiff,<br><br>        vs.<br><br>LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION<br><br>                 Defendants. | Case No. C09-02114 JF<br><br>[PROPOSED] ORDER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT |

[PROPOSED] ORDER

Pursuant to the parties' Stipulation, Defendant NEC Corporation of America is hereby granted an extension of time to answer, plead, or otherwise respond to Plaintiff's Second Amended Complaint until and including May 31, 2010.

IT IS SO ORDERED.

Dated:  4/29/10  , 2010

_____
UNITED STATES DISTRICT JUDGE

DB2/21691489.1

[PROP.] ORDER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; CASE NO. C 09-02114 RS