| | |
|---|---|
| David N. Kuhn (State Bar No. 73389)<br>dnkuhn@pacbell.net<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:   510-653-4983<br><br>Attorney for Plaintiff Gregory Bender | Andrew J. Gray IV (State Bar No. 202137)<br>agray@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square, Suite 700<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: 650.843.4000<br>Facsimile: 650.843.4001<br><br>Robert W. Busby (Admitted Pro Hac Vice)<br>rbusby@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: 202.739.3000<br>Facsimile: 202.739.3001<br><br>Attorneys for Defendant NEC CORPORATION OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>             Plaintiff,<br><br>     vs.<br><br>LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION<br><br>             Defendants. | Case No. 3:09-CV-02114 RS<br><br>**[PROPOSED] ORDER FURTHER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, Defendant NEC Corporation of America is hereby granted an extension of time to answer, plead, or otherwise respond to Plaintiff's Second Amended Complaint until and including June 30, 2010.

IT IS SO ORDERED.

Dated: __May 27_____, 2010

_____
UNITED STATES DISTRICT JUDGE

DB2/21729560.1

[PROP.] ORDER FURTHER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; CASE NO. C 09-02114 RS