David N. Kuhn (State Bar No. 73389)
dnkuhn@pacbell.net
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:   510-653-4983

Attorney for Plaintiff Gregory Bender

Andrew J. Gray IV (State Bar No. 202137)
agray@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square, Suite 700
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650.843.4000
Facsimile: 650.843.4001

Robert W. Busby (Admitted Pro Hac Vice)
rbusby@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

Attorneys for Defendant NEC CORPORATION OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LG ELECTRONICS U.S.A., INC, NEC CORPORATION OF AMERICA, PIONEER ELECTRONICS (USA) INC., and SHARP ELECTRONICS CORPORATION<br><br>　　　　　　Defendants. | Case No. 3:09-CV-02114 RS<br><br>~~[PROPOSED]~~ ORDER FURTHER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT |

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Stipulation, Defendant NEC Corporation of America is hereby granted an extension of time to answer, plead, or otherwise respond to Plaintiff's Second Amended Complaint until and including July 30, 2010.

IT IS SO ORDERED.

Dated: ___7/7_____, 2010

_____
UNITED STATES DISTRICT JUDGE

DB2/21811011.1

[PROP.] ORDER FURTHER EXTENDING NEC CORPORATION OF AMERICA'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; CASE NO. C 09-02114 RS