*E-Filed 7/20/10*

David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-02114 RS |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER OF DISMISSAL |
| vs. | ) |
| | ) |
| LG ELECTRONICS U.S.A., INC., a Delaware corporation, NEC CORPORATION OF AMERICA, a Delaware corporation, PIONEER ELECTRONICS (USA) INC., a Delaware corporation, and SHARP ELECTRONICS CORPORATION, a New York corporation, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

    CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of any and all claims which could be asserted by plaintiff Gregory Bender against defendant NEC Corporation of North America and of any and all claims which could be asserted by defendant NEC Corporation of North America against plaintiff

1  Gregory Bender in this action, with prejudice, and the Court
2  being of the opinion that said motion should be GRANTED, it is
3  hereby
4      ORDERED, ADJUDGED, AND DECREED that any and all claims which
5  could be asserted in this action by plaintiff Gregory Bender
6  against defendant NEC Corporation of North America and any and
7  all claims which could be asserted by defendant NEC Corporation
8  of North America against plaintiff Gregory Bender are hereby
9  dismissed, with prejudice.
10     It is further ORDERED that all costs and expenses and
11 attorneys' fees are to be borne by the party that incurred them.
12     IT IS SO ORDERED.

Dated: 7/20/10                    _____
                                  UNITED STATES DISTRICT JUDGE