*E-Filed 8/24/10*

| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:     650-739-3900<br><br>Attorneys for Defendant Sharp Electronics Corporation | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:  (510) 653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>              Plaintiff,<br><br>     v.<br><br>LG Electronics U.S.A., Inc.,<br>NEC Corporation of America,<br>Pioneer Electronics (USA) Inc., and<br>Sharp Electronics Corporation,<br><br>              Defendants. | **Case No. C09-02114 RS**<br><br>**STIPULATION BETWEEN GREGORY BENDER AND SHARP ELECTRONICS CORPORATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

Plaintiff Gregory Bender ("Bender") and  Defendant Sharp Electronics Corporation ("Sharp") inform the court that they have reached agreement on the terms of dismissal of the claims in the above-entitled action and hereby submit this Stipulation of Dismissal.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties hereby move for an order dismissing all claims by Bender in this action, WITH PREJUDICE, with each party to bear its own costs, expenses, and attorney's fees.

SO STIPULATED.

Respectfully submitted,

Dated: August 23, 2010

Jones Day

By:   /s/ Greg Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   650-739-3939
Facsimile:   650-739-3900

Counsel for Sharp Electronics Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: August 23, 2010

By:   /s/ David Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  August 23 , 2010

By: /s/ Richard Seeborg
THE HON. RICHARD SEEBORG
United States District Court Judge

SVI-81247v1

-2-   STIPULATION BY BENDER AND SHARP AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 09-02114 RS