```
David N. Kuhn – State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC., a Delaware corporation, NEC CORPORATION OF AMERICA, a Delaware corporation, PIONEER ELECTRONICS (USA) INC., a Delaware corporation, and SHARP ELECTRONICS CORPORATION, a New York corporation,<br><br>Defendants. | Case No. C 09-02114 RS<br><br>STIPULATED MOTION FOR DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, plaintiff Gregory Bender ("Bender") and defendant Pioneer Electronics (USA) Inc. ("Pioneer"), through counsel, hereby move for an order dismissing all claims by Bender against Pioneer and all claims by Pioneer against Bender in this action, WITH PREJUDICE, each party to bear its own costs, expenses, and attorney's fees.

Stipulated Motion for Dismissal and [Proposed] Order: C 09-02114

Dated: July 4, 2011                    _____/S/_____
                                       David N. Kuhn, Counsel for Plaintiff
                                       Gregory Bender

Dated: July 4, 2011                    MCDERMOTT WILL & EMERY LLP, counsel
                                       For Defendant Pioneer Electronics
                                       (USA) Inc.

                                       By_____/S/ Daniel R. Foster_____

I, David N. Kuhn, attest that I am the ECF user whose log-in and password are being used to e-file this STIPULATED MOTION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE and that concurrence in the filing of this document has been obtained from Daniel R. Foster for MCDERMOTT WILL & EMERY LLP, counsel for the Defendant.

Executed on July 4, 2011               _____/S/_____
PIEDMONT, CALIFORNIA                              David N. Kuhn


PURSUANT TO STIPULATED MOTION, IT IS SO ORDERED

DATED: July __7__, 2011        By _____
                                  THE HONORABLE RICHARD SEEBORG
                                  U.S. DISTRICT Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Richard Seeborg]