**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY BENDER

            Plaintiff,

               v.

LG ELECTRONICS U.S.A., INC.,  et al.,

            Defendants.

_____/

No. 09-02114 RS (EDL)

ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE

By letter dated August 11, 2011, Defendant LG Electronics requested that its representative be excused from personally appearing at the settlement conference scheduled for August 24, 2011. Plaintiff does not oppose this request.

The Court finds that Defendant has not shown good cause for its request.  Hardship due to expenditures of travel costs and time is not a sufficient reason to allow a telephonic appearance. Defendant's request to appear by telephone is denied without prejudice.

IT IS SO ORDERED.

Dated:  August 11, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge