UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY BENDER

    Plaintiff,

v.

LG ELECTRONICS U.S.A., INC.

    Defendant.

No. 09-02114 RS (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated August 11, 2011, Defendant LG Electronics requested that its representative be excused from personally appearing at the settlement conference scheduled for August 24, 2011. Plaintiff informed the Court that he did not oppose the telephonic appearance. The Court denied Defendant's August 11, 2011 request without prejudice. Defendant renewed its request for a telephonic appearance in a settlement conference statement lodged on August 16, 2011.

Upon consideration of the renewed request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendant's representative be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on August 24, 2011.

If the Court concludes that the absence of Defendant's representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant's representative.

SO ORDERED.

Dated: August 18, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge