United States District Court
For the Northern District of California

\*E-Filed 8/25/11\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | No. C 09-02114 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| LG ELECTRONICS U.S.A., Inc., et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 20, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 27, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 8/25/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE