1  David N. Kuhn - State Bar No. 73389
   144 Hagar Avenue
2  Piedmont, CA 94611
   Telephone:  (510) 653-4983
3  E-mail:  dnkuhn@pacbell.net

4  Attorney for Plaintiff Gregory Bender

5
   Scott R. Mosko – State Bar No. 106070
6  Finnegan Henderson et al. LLP
   Stanford Research Park
7  3300 Hillview Avenue
   Palo Alto CA 94304
8  Telephone:     (650) 8496600
   Facsimile:     (650) 849-6666
9  Attorneys for Defendant LG Electronics U.S.A., Inc.

10

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

**SAN FRANCISCO DIVISION**

14

15

16  GREGORY BENDER,                             Case No. C09-02114 RS

17           Plaintiff,                          **STIPULATION CONTINUING STANDBY ORDER TO SHOW CAUSE HEARING; AND ORDER THEREON**

18       v.

19  LG ELECTRONICS U.S.A., INC., et al.,

20           Defendants.

21       Gregory Bender and LG Electronics having, through judicial mediation, agreed to a

22  settlement of this case, the terms and conditions of such settlement having been entered in the

23  record subsequent to such judicial mediation, a written agreement documenting such settlement

24  having been signed by Mr. Bender and forwarded to LG Electronics by its counsel, and there

25  being a schedule in such written agreement providing for filing a dismissal subsequent to receipt

26  of a certain settlement payment, it is hereby stipulated by the parties, through counsel, that the

27  hearing on standby order to show cause now scheduled for October 27, 2011, at 1:30 p.m. is to be

28  rescheduled to December 15, 2011, at 1:30 p.m.

So stipulated.

Dated: October 20, 2011          By:      /s/ David N. Kuhn
                                          David N. Kuhn
                                          Attorney-at-Law
                                          144 Hagar Avenue
                                          Piedmont, California 94611
                                          Telephone: (510) 653-4983
                                          Counsel for Plaintiff Gregory Bender


Dated:  October 20, 2011         By:      /s/ Scott R. Mosko
                                          Scott R. Mosko
                                          Finnegan Henderson et al. LLP
                                          Counsel for Defendant LG Electronics U.S.A. Inc.


I, David N. Kuhn, attest that I am the ECF user whose log-in and password are being used to e-file this STIPULATION CONTINUING STANDBY ORDER TO SHOW CAUSE HEARING; AND ORDER THEREON and that concurrence in the filing of this document has been obtained from Scott R. Mosko, of Finnegan Henderson et al. LLP, counsel for LG Electronics.

Executed on October 20, 2011                         /S/
PIEDMONT, CALIFORNIA                             David N. Kuhn


Good cause appearing,

IT IS SO ORDERED.

Dated: 10/20/11
                                          _____
                                          RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE