*E-Filed 2/2/12*

1  David N. Kuhn – State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-02114 RS |
| | ) |
| Plaintiff, | ) STIPULATED MOTION FOR DISMISSAL |
| vs. | ) AND [PROPOSED] ORDER OF |
| | ) DISMISSAL OF ALL CLAIMS WITH |
| LG ELECTRONICS U.S.A., INC., a | ) PREJUDICE |
| Delaware corporation, NEC | ) |
| CORPORATION OF AMERICA, a | ) |
| Delaware corporation, PIONEER | ) |
| ELECTRONICS (USA) INC., a | ) |
| Delaware corporation, and SHARP | ) |
| ELECTRONICS CORPORATION, a New | ) |
| York corporation, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, plaintiff Gregory Bender ("Bender") and defendant LG Electronics U.S.A., Inc. ("LG"), through counsel, hereby move for an order dismissing all claims by Bender against LG and all claims by LG against Bender in this action, WITH PREJUDICE, each party to bear its own costs, expenses, and attorney's fees.

Stipulated Motion for Dismissal and [Proposed] Order: C 09-02114 RS

```
Dated: February 2, 2012              _____/S/_____
                                     David N. Kuhn, Counsel for Plaintiff
                                     Gregory Bender

Dated: February 2, 2012     FINNEGAN, HENDERSON, FARABOW, GARRETT
                            & DUNNER, LLP, counsel For Defendant
                            LG Electronics U.S.A., Inc.

                            By_____/S/ Scott R. Mosko_____
```

I, David N. Kuhn, attest that I am the ECF user whose log-in and password are being used to e-file this STIPULATED MOTION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE and that concurrence in the filing of this document has been obtained from Scott R. Mosko for FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP,, counsel for the Defendant.

```
Executed on February 2, 2012           _____/S/_____
PIEDMONT, CALIFORNIA                   David N. Kuhn
```

PURSUANT TO STIPULATED MOTION, IT IS SO ORDERED

DATED: February _2_, 2012      By _____[signature]_____
                                  THE HON. RICHARD SEEBORG
                                  U.S. District Court Judge